ORIGINAL FILED
08 APR 29 AM 11: 54
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

1  ROBBINS UMEDA & FINK, LLP
   BRIAN J. ROBBINS (190264)
2  JEFFREY P. FINK (199291)
   GEORGE C. AGUILAR (126535)
3  ASHLEY R. PALMER (246602)
   610 West Ash Street, Suite 1800
4  San Diego, CA 92101
   Telephone: (619) 525-3990
5  Facsimile: (619) 525-3991

6  LANDSKRONER GRIECO MADDEN, LTD.
   JACK LANDSKRONER
7  1360 West 9th Street, Suite 200
   Cleveland, OH 44113
8  Telephone: (216) 522-9000
   Facsimile: (216) 522-9007

9
   Attorneys for Plaintiff
10

               UNITED STATES DISTRICT COURT

               SOUTHERN DISTRICT OF CALIFORNIA

'08 CV 775 WQH BLM

| | |
|---|---|
| UNIVERSAL HILLCREST, LLC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>REDDY ICE HOLDINGS, INC., REDDY ICE CORPORATION, ARCTIC GLACIER INCOME FUND, ARCTIC GLACIER INC., ARCTIC GLACIER INTERNATIONAL INC. and HOME CITY ICE COMPANY,<br><br>Defendants. | Case No.<br><br>NOTICE OF PARTY WITH FINANCIAL INTEREST PURSUANT TO LOCAL RULE 40.2 |

1    Pursuant to Civil L.R. 40.2, the undersigned certified that as of this date, other than the
2  names parties, there is no such interest to report.

3  DATED: April 29, 2008                ROBBINS UMEDA & FINK, LLP
                                        BRIAN J. ROBBINS
4                                       JEFFREY P. FINK
                                        GEORGE C. AGUILAR
5                                       ASHLEY R. PALMER

                                        _____
                                        JEFFREY P. FINK

                                        610 West Ash Street, Suite 1800
                                        San Diego, CA 92101
                                        Telephone: (619) 525-3990
                                        Facsimile: (619) 525-3991

                                        LANDSKRONER GRIECO MADDEN, LTD.
                                        JACK LANDSKRONER
                                        1360 West 9th Street, Suite 200
                                        Cleveland, OH 44113
                                        Telephone: (216) 522-9000
                                        Facsimile: (216) 522-9007

                                        Attorneys for Plaintiff

336970_1.DOC

- 1 -