# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Universal Hillcrest, LLC<br>　　　　　　　　Plaintiff,<br><br>V.<br><br>Reddy Ice Holdings, Inc. Et al<br>　　　　　　　　Defendant | No. 08cv775 WQH (BLM)<br><br>REPORT OF CLERK AND ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE. | FILED<br>2008 MAY -7  AM 8:44 |

## REPORT OF CLERK PURSUANT TO LOW NUMBER RULE

Re:　　"Low Numbered" Case No.　　08cv656-JLS (BLM)

　　　Title:　　Cobblestone Tequesta LLC v. Reddy Ice Holdings, Inc. Et al

　　　Nature of Case:　　15:1 Antitrust Litigation

The above "low numbered" case and the present case appear

__x__ (1)　　to arise from the same or substantially identical transactions, happenings or events; or

__x__ (2)　　involve the same or substantially the same parties or property; or

_____ (3)　　involve the same patent or trademark or different patents or trademarks covering the same or substantially identical things; or

__x__ (4)　　call for determination of the same or substantially identical questions of law; or

__x__ (5)　　where a case is refiled within one year of having previously been terminated by the Court; or

__x__ (6)　　for other reasons would entail unnecessary duplication of labor if heard by different judges.

New Case #:　　08cv775-JLS (BLM)

This case was transferred pursuant to the Low Number Rule. The related cases have been assigned to the same judge and magistrate judge but they are NOT CONSOLIDATED at this point; all pleadings must still be filed separately in each case.

**W. Samuel Hamrick, Jr.**, Clerk of Court,

DATED:　April 29, 2008　　　By:　s/ B. Lloyd

　　　　　　　　　　　　　　　　　　　(By) Deputy,

## ORDER OF TRANSFER PURSUANT TO "LOW NUMBER" RULE

I hereby consent to transfer of the above-entitled case to my calendar pursuant to Local Rule 40.1, Transfer of Civil Cases under the "Low Number" Rule.

DATED: 4/30/08　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of the "Low Number" Rule, IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge Janis L. Sammartino and Magistrate Judge Barbara Lynn Major for all further proceedings.

DATED: 5/5/08　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　William Q. Hayes
　　　　　　　　　　　　　　　　　　　United States District Judge