Jason C. Murray (State Bar No. 169806)
jcmurray@jonesday.com
Eric P. Enson (State Bar No. 204447)
epenson@jonesday.com
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071-2300
Telephone:   (213) 489-3939
Facsimile:    (213) 243-2539

Attorneys for Defendants
ARCTIC GLACIER INCOME FUND, ARCTIC GLACIER, INC., AND ARCTIC GLACIER INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL HILLCREST, LLC, on behalf of itself and all others similarly situated<br>Plaintiff<br><br>vs.<br><br>REDDY ICE HOLDINGS, INC., REDDY ICE CORPORATION, ARCTIC GLACIER INCOME FUND, ARCTIC GLACIER INC., ARCTIC GLACIER INTERNATIONAL INC., AND HOME CITY ICE COMPANY, et. al.<br>Defendants. | CASE NO. 08-CV-00775-WQH-BLM<br><br>**NOTICE OF PARTIES WITH FINANCIAL INTEREST** |

## NOTICE OF PARTIES WITH FINANCIAL INTEREST

Pursuant to Southern District Local Civil Rule 40.2, Defendants Arctic Glacier Income Fund, Arctic Glacier Inc., and Artic Glacier International Inc., submit this Notice of Parties with Financial Interest:

(a)   Defendant Arctic Glacier Income Fund (the "Fund") is a limited purpose mutual fund trust established under the laws of the Province of Alberta. The Fund is owned by individual and institutional unitholders. There are no unitholders that own interests of 10 percent

1 | or more of the Fund;

2 |  (b) Defendant Arctic Glacier Inc. is a wholly-owned subsidiary of the Fund; and

3 |  (c) Defendant Arctic Glacier International Inc. is a wholly-owned subsidiary of Arctic
4 | Glacier Inc.

6 | Dated: May 19, 2008     JONES DAY

7 |           By: /s/ Jason C. Murray

8 |           Attorneys for Defendants ARCTIC GLACIER INCOME FUND, ARCTIC GLACIER, INC., & ARCTIC GLACIER INTERNATIONAL, INC.

## PROOF OF SERVICE

I, Sharlys T. Williams, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Fiftieth Floor, Los Angeles, California 90071.

On May 19, 2008, I caused to be served a copy of the within document(s): **NOTICE OF PARTIES WITH FINANCIAL INTEREST**

- [x] by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

- [ ] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

- [ ] by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

- [x] by electronically delivering the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

### SEE ATTACHED SERVICE LIST

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

LAI-2950720v1

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 19, 2008, at Los Angeles, California.

_____
Sharlys T. Williams

LAI-2950720v1

SERVICE LIST

| | |
|---|---|
| **James Nelson, Esq.**<br>DLA PIPER US LLP<br>1717 M Street<br>Suite 4600<br>Dallas, TX 75201-4629<br>Jr.Nelson@dlapiper.com<br><br>Tel: 214.743.4500<br>Fax: 214.743.4545 | **Attorneys for Defendant**<br>**Reddy Ice Holdings, Inc.** |
| **Sandford M. Litvack, Esq.**<br>HOGAN & HARTSON<br>875 Third Avenue<br>New York, NY 10022<br>SLitvack@hhlaw.com<br><br>Tel: 212.918.3000<br>Fax: 212.918.3100 | Attorneys for Defendant<br>Home City Ice Company. |
| **Jeffrey P. Fink, Esq.**<br>ROBBINS UMEDA AND FINK<br>610 Ash Street<br>Suite 1800<br>San Diego, CA 92101<br>fink@ruflaw.com<br><br>Tel: 619.525.3990<br>Fax: 619.525.3991 | Attorneys for Plaintiffs Universal Hillcrest, LLC; Gaslamp Country Club, LLC; Market Street Investments, LLC; and 6th & Island Investments, LLC |

LAI-2950720v1