1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNIVERSAL HILLCREST, LLC, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>REDDY ICE HOLDINGS, INC., REDDY ICE CORPORATION, ARCTIC GLACIER INCOME FUND, ARCTIC GLACIER INC., ARCTIC GLACIER INTERNATIONAL INC, AND HOME CITY ICE COMPANY, et. al.,<br><br>Defendants. | Case No. 08-CV-0775 JLS (BLM)<br><br>**ORDER: (1) GRANTING JOINT MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT; (2) GRANTING JOINT MOTION WAIVING SERVICE; (3) DENYING REQUEST FOR REASSIGNMENT; AND (4) DENYING REQUEST FOR APPOINTMENT** |
|---|---|

**ORDER**

The Court hereby **GRANTS** the Joint Motion To Extend Time to Answer or Otherwise Respond to Complaint and to Waive Service, and the Court **DENIES** the Joint Motion with respect to the Request for Reassignment and Appointment and orders the following:

1. Defendants' time to answer, move, or otherwise plead in response to the complaint in this action is **EXTENDED** in accordance with the terms as outlined in the Joint Motion;

2. The parties' request to waive service of process pursuant to Paragraph No. 6 of the Joint Motion is **GRANTED**;

3. Due to the proceedings currently pending before the Judicial Panel on Multidistrict Litigation, the Court **DENIES** the parties' joint motion to reassign cases: (1) Gaslamp Country Club, LLC v. Reddy Ice, et al, Case No. 08-cv-0776 (LAB); (2) Market Street Investments LLC v. Reddy Ice, et al., Case No. 08-cv-0753 (MLH); and (3) 6th & Island Investments, LLC v. Reddy Ice, et al., Case No. 08-cv-752 (JAH) to this Court

4. The cases will not be reassigned at this time and therefore the Court **DENIES** the parties' request to appoint the law firms of Coughlin Stoia Gellar Rudman & Robbins, LLP, Scott + Scott LLP and Robbins, Umeda & Fink LLP as lead counsel in the proposed reassigned actions listed in Paragraph No. 8 of the Joint Motion.

Dated: May 20, 2008

*Janis L. Sammartino*
**Judge Janis L. Sammartino**
**United States District Court**