# UNITED STATES DISTRICT COURT

**Southern District of California**

Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101–8900
Phone: (619) 557–5600
Fax: (619) 702–9900

W. Samuel Hamrick, Jr.,
Clerk of Court

July 9, 2008

Clerk, U.S. District Court
Eastern District of Michigan
231 West Lafayette Blvd
Detroit, MI 48226

Re: Universal Hillcrest LLC v. Reddy Ice Holdings, Inc., et al., Case No. 3:08–cv–00775–JLS–BLM

Dear Sir or Madam:

Pursuant to Order transferring the above–entitled action to your District, we are electronically transmitting herewith our entire original file.

        Sincerely yours,

        W. Samuel Hamrick, Jr.,
        Clerk of the Court

        By: s/ K. Johnson, Deputy Clerk

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants: